1  Matthew J. Zevin (Bar No. 170736)
   mzevin@aol.com
2  STANLEY LAW GROUP
   225 Broadway, Suite 1350
3  San Diego, CA 92101
   Telephone: (619) 235-5306
4  Facsimile: (815) 377-8419

5  Derek J. Emge (Bar No. 161105)
   derek@emgelawfirm.com
6  EMGE & ASSOCIATES
   225 Broadway, Suite 1350
7  San Diego, CA 92101
   Telephone: (619) 595-1400
8  Facsimile: (619) 595-1480

9  Attorneys for Plaintiffs
   Antonio S. Hinojos, Darren Drouin,
10 and Cheryl Long

James F. Speyer (Bar No. 133114)
james.speyer@aporter.com
E. Alex Beroukhim (Bar No. 220722)
alex.beroukhim@aporter.com
ARNOLD & PORTER LLP
777 Figueroa Street, 44th Floor
Los Angeles, California 90017
Telephone: (213) 243-4000
Facsimile:  (213) 243-4199

Attorneys for Defendants
Kohl's Corporation and
Kohl's Department Stores, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO S. HINOJOS, Individually and DARREN DROUIN and CHERYL LONG, Individually and On Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>v.<br><br>KOHL'S CORP., a Wisconsin corporation; KOHL'S DEPARTMENT STORES, INC., a Delaware corporation, and DOES 1 through 50, inclusive,<br><br>            Defendants. | CASE NO. CV 10-7590 ODW (AGRx)<br><br>**STIPULATION DISPOSING OF THE ENTIRE ACTION**<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(ii)]<br><br>Date: N/A<br>Time: N/A<br>Ctrm: 11<br>Judge: Hon. Otis D. Wright, II |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-captioned action be and hereby is dismissed as follows:

1. The individual claims of plaintiffs Antonio S. Hinojos, Darren Drouin, and Cheryl Long against defendants Kohl's Corp. and Kohl's Department Stores, Inc. shall be dismissed with prejudice, and the claims of the absent class members against defendants Kohl's Corp. and Kohl's Department Stores, Inc. shall be dismissed without prejudice;

2. The parties waive any right to appeal from any ruling herein; and

3. Each party shall bear its own costs.

Dated: March 6, 2014.

STANLEY LAW GROUP
MATTHEW J. ZEVIN
&
EMGE & ASSOCIATES
DEREK J. EMGE

By: _____
Derek J. Emge
Attorneys for Plaintiffs
Antonio S. Hinojos, Darren Drouin, and Cheryl Long

Dated: March 6, 2014.

ARNOLD & PORTER LLP
JAMES F. SPEYER
E. ALEX BEROUKHIM

By: _____
E. Alex Beroukhim
Attorneys for Defendants Kohl's Corp. and Kohl's Department Stores, Inc.